United States District Court
Southern District of Texas
FILED

JAN 2 0 2006

Michael N. Milby, Clerk

TDH

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2006

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § | **CASE NO. L-05-CR-2555** |
| **Ramos Recio Robles** | § § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 10, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January, 2006.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE